1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

9
   CRAIG YATES, an individual,          )   **CASE NO. CV-10-0546-BZ**
10                                       )
              Plaintiff,                 )   **STIPULATION RE CONTINUING**
11                                       )   **DEADLINE FOR THE PARTIES TO**
                                         )   **CONDUCT THE JOINT SITE**
12 v.                                    )   **INSPECTION; AND [PROPOSED] ORDER**
                                         )   **THEREON**
13                                       )
   PETE'S BAR-B-QUE, ANDREW M.           )
14 GIOVANNI and ALICE Y. GIOVANNI,       )
15 TRUSTEES OF THE GIOVANNI LIVING       )
   TRUST; and PETE KOUTOULAS, an         )
16 individual dba PETE'S BAR-B-QUE,      )
                                         )
17                                       )
              Defendants.                )
18 _____       )

19

20       Plaintiff CRAIG YATES and defendant PETE KOUTOULAS, an individual dba PETE'S

21 BAR-B-QUE, by and through their respective counsel, respectfully request and stipulate, as

22 follows:

23       1.      **Whereas**, defendant PETE KOUTOULAS filed his answer to the complaint on

24 April 12, 2010;

25       2.      **Whereas**, plaintiff CRAIG YATES submitted his injunctive relief to defendant

26  PETE KOUTOULAS on May 24, 2010;

27 ///

28 ///
   STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
   [PROPOSED] ORDER THEREON
                                                                                        1

3. **Whereas**, defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST have not responded to plaintiff's complaint. Plaintiff's counsel has not heard from any attorney/representation for defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST;

4. **Whereas**, defendant ANDREW M. GIOVANNI TRUSTEE OF THE GIOVANNI LIVING TRUST was served with the summons and complaint by sub-service on March 24, 2010. Defendant ANDREW M. GIOVANNI, TRUSTEE OF THE GIOVANNI LIVING TRUST answer to plaintiff's complaint was due on April 23, 2010;

5. **Whereas**, defendant ALICE Y. GIOVANNI, TRUSTEE OF THE GIOVANNI LIVING TRUST was served with the summons and complaint by personal service on March 24, 2010. Defendant ALICE Y. GIOVANNI, TRUSTEE answer to plaintiff's complaint was due on April 14, 2010;

6. **Whereas**, plaintiff submitted his letter regarding default to defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST on May 24, 2010;

7. **Whereas**, due to these circumstances, the parties have not been able to conduct the joint site inspection as Ordered by General Order 56, ¶3,4;

8. **Whereas**, in light of the above, by continuing the joint site inspection, counsel for the plaintiff believes this will allow defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST sufficient time to hire an attorney, answer and/or otherwise respond to plaintiff's complaint and the parties can conduct the joint site inspection as required by General Order 56. If plaintiff's counsel is unsuccessful in attempting to notify defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST via mail regarding default, then counsel for the plaintiff will proceed with filing a notice to request a default be entered against defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST; and

///

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON

1    9.    **Whereas**, plaintiff CRAIG YATES and defendant PETE KOUTOULAS, agree,

2    stipulate and respectfully request that the last day for the parties and counsel to conduct the joint

3    inspection of the premises be continued up to and including July 2, 2010.

4    Respectfully submitted,

5    Dated: May 24, 2010                    THOMAS E. FRANKOVICH, Esq.

6                                           *A PROFESSIONAL LAW CORPORATION*

7

8                                           By: _____/s/_____

9                                                 Thomas E. Frankovich
                                           Attorneys for Plaintiff CRAIG YATES, an individual
10

11

12   Dated: 5/24/10 _____, 2010          Roger L. Meredith, Esq.

13                                          LAW OFFICES OF ROGER L. MEREDITH,

14

15                                          By: _____

16                                                 Roger L. Meredith, Esq.

17                                          Attorneys for Defendant PETE KOUTOULAS, an

18                                          individual dba PETE'S BAR-B-QUE, an individual

19

20                                          **ORDER**

21          **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint

22   site inspection of the premises be continued up to and including July 2, 2010.

23

24

25   Dated: _____, 2010          _____
                                                 Honorable Bernard Zimmerman
26
                                                 United States Magistrate Judge
27

28

     STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
     |PROPOSED| ORDER THEREON

                                                                                         3