1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:    415/674-8600
5  Facsimile:    415/674-9900

6  Attorneys for Plaintiff
   CRAIG YATES, an individual
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRAIG YATES, an individual,              ) CASE NO. CV-10-0546-BZ
                                              )
12 |        Plaintiff,                        ) SECOND STIPULATION RE
                                              ) CONTINUING DEADLINE FOR THE
13 |                                          ) PARTIES TO CONDUCT THE JOINT
   | v.                                       ) SITE INSPECTION; AND [PROPOSED]
14 |                                          ) ORDER THEREON
                                              )
15 | PETE'S BAR-B-QUE, ANDREW M.              )
   | GIOVANNI and ALICE Y. GIOVANNI,          )
16 | TRUSTEES OF THE GIOVANNI LIVING          )
17 | TRUST; and PETE KOUTOULAS, an            )
   | individual dba PETE'S BAR-B-QUE,         )
18 |                                          )
19 |        Defendants.                       )
                                              )
20 |_____)

21
          Plaintiff CRAIG YATES and defendants ANDREW M. GIOVANNI and ALICE Y.
22
   GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST; and PETE KOUTOULAS, an
23
   individual dba PETE'S BAR-B-QUE, by and through their respective counsel, respectfully
24
   request and stipulate, as follows:
25
          1.     **Whereas**, all defendants have answered plaintiff's complaint;
26
          2.     **Whereas**, due to scheduling conflicts, the parties will not be able to conduct
27
   the General Order 56 joint site inspection by July 2, 2010; and
28

SECOND STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION
AND [PROPOSED] ORDER THEREON                                                      CV-10-0546-BZ

                                                                                            1

3. **Whereas**, in light of the above, plaintiff CRAIG YATES and defendants ANDREW M. GIOVANNI and ALICE Y. GIOVANNI, TRUSTEES OF THE GIOVANNI LIVING TRUST; and PETE KOUTOULAS, an individual dba PETE'S BAR-B-QUE, agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including July 19, 2010.

4. **IT IS SO STIPULATED**.

Respectfully submitted,

Dated: June 14, 2010

THOMAS E. FRANKOVICH, Esq.
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: Jun 14, 2010

Roger L. Meredith, Esq.
**LAW OFFICES OF ROGER L. MEREDITH,**

By: _____
Roger L. Meredith, Esq.

Attorneys for Defendant PETE KOUTOULAS, an individual dba PETE'S BAR-B-QUE, an individual

## ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including July 19, 2010.

Dated: JUNE 16, 2010

Honorable Bernard Zimmerman
United States Magistrate Judge

SECOND STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION
AND [PROPOSED] ORDER THEREON                                                      CV-10-0546-BZ

2