UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,                          )
                                      )
              Plaintiff(s),           )        No. C10-0546 BZ
                                      )
        v.                            )
                                      )        **ORDER OF CONDITIONAL**
PETE'S BAR-B-QUE,                     )        **DISMISSAL**
                                      )
              Defendant(s).           )
_____)

    The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: August 23, 2011

_____
                    Bernard Zimmerman
             United States Magistrate Judge

G:\BZALL\-BZCASES\YATES V. PETE BBQ\ORDER OF CONDITIONAL DISMISSAL.wpd

1